# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carlos Humberto Gallo Vazquez, | Civil No. 10-CV-4217 (JNE/TNL) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| Defendant Nagel, in his individual and Official capacities as L.T.; Gunnar Kruger, in his individual and official capacities as counselor; and C. Greiner, in his individual and official capacities, | |
| Defendants. | |

Carlos Humberto Gallo Vazquez, 20063-424, ROCHESTER FEDERAL MEDICAL CENTER P.O. BOX 4000, ROCHESTER, MN 55903

Gregory G. Booker and Mary J. Madigan, Assistant United States Attorneys, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 (for Defendant).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 13, 2012 (Docket No.39), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Docket No. 23) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  3-14, 2012                                                 s/  Joan N. Ericksen
                                                                              The Honorable Joan N. Ericksen
                                                                              United States District Court Judge
                                                                              for the District of Minnesota